B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
## Northern District of Illinois

IN RE:  
Olde Prairie Block Owner, LLC  
Debtor(s)

Case No. 10-22668  
Chapter 11

### AMENDED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Christine & Keith Storey<br>1906 N. Burling St.<br>Chicago, IL 60614 | | | | 1,000,000.00 |
| Rosa Scarcelli<br>41 Bowdoin Street<br>Portland, ME 04102 | | Trade debt | | 400,000.00 |
| Pamela Gleichman<br>1906 N. Burling St<br>Chicago, IL 60614 | | | | 132,103.20 |
| Development Design Group, Inc.<br>3700 O'Donnell St.<br>Baltimore, MD 21224 | | | | 23,770.01 |
| Ostrow Reisin Berk & Abrahams, Ltd.<br>455 N. Cityfron Plaza D., #2600<br>Chicago, IL 60602 | | | | 19,265.00 |
| Righeimer Martin & Cinquino<br>20 N. Clark St., Ste. 1900<br>Chicago, IL 60602 | | | | 6,203.16 |
| Eugene L. Griffin & Associates, LTD<br>29 N. Wacker Dr., Ste. 650<br>Chicago, IL 60606 | | | | 3,541.84 |
| Daley And George, LLP<br>20 S. Clark St., Ste. 1400<br>Chicago, IL 60603 | | | | 3,411.25 |
| Shefsky & Froelich<br>111 E. Wacker Dr., Fl 28<br>Chicago, IL 60606 | | | | 2,887.50 |
| Goodwin Procter<br>620 E. 8th St<br>New York, NY 10018 | | | | 2,554.55 |
| Daley Mohan Groble<br>55 W. Monroe St., Ste. 1600<br>Chicago, IL 60603 | | | | 1,456.60 |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation][or a member or an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: May 25, 2010        Signature: /s/ Karl S. Norberg

Karl S. Norberg, Manager & Authorized Agent  
(Print Name and Title)