B6F (Official Form 6F) (12/07)

IN RE Olde Prairie Block Owner, LLC _____    Case No. 10-22668
_____
Debtor(s)                                                                              (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Christine & Keith Storey 1906 N. Burling St. Chicago, IL 60614 | | | | | | | 1,000,000.00 |
| ACCOUNT NO. | | | | | | | |
| Daley And George, LLP 20 S. Clark St., Ste. 1400 Chicago, IL 60603 | | | | | | | 3,411.25 |
| ACCOUNT NO. | | | | | | | |
| Daley Mohan Groble 55 W. Monroe St., Ste. 1600 Chicago, IL 60603 | | | | | | | 1,456.60 |
| ACCOUNT NO. | | | | | | | |
| Development Design Group, Inc. 3700 O'Donnell St. Baltimore, MD 21224 | | | | | | | 23,770.01 |

| | | |
|---|---|---|
| __2__ continuation sheets attached | Subtotal (Total of this page) | $ 1,028,637.86 |
| | Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Olde Prairie Block Owner, LLC

Case No. 10-22668

Debtor(s)                                                        (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Eugene L. Griffin & Associates, LTD 29 N. Wacker Dr., Ste. 650 Chicago, IL 60606 | | | | | | | 3,541.84 |
| ACCOUNT NO. | | | | | | | |
| Goodwin Procter 620 E. 8th St New York, NY 10018 | | | | | | | 2,554.55 |
| ACCOUNT NO. | | | | | | | |
| Karl S. Norberg 1906 North Burling Street Chicago, IL 60614 | | | | | | | 1,500,000.00 |
| ACCOUNT NO. | | | | | | | |
| Ostrow Reisin Berk & Abrahams, Ltd. 455 N. Cityfron Plaza D., #2600 Chicago, IL 60602 | | | | | | | 19,255.00 |
| ACCOUNT NO. | | | | | | | |
| Pamela Gleichman 1906 N. Burling St Chicago, IL 60614 | | | | | | | 132,103.20 |
| ACCOUNT NO. | | | | | | | |
| Righeimer Martin & Cinquino 20 N. Clark St., Ste. 1900 Chicago, IL 60602 | | | | | | | 6,203.16 |
| ACCOUNT NO. | | | | | | | |
| Rosa Scarcelli 41 Bowdoin Street Portland, ME 04102 | | | | | | | 400,000.00 |

Sheet no. __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 2,063,657.75

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Olde Prairie Block Owner, LLC _____   Case No. 10-22668
                              Debtor(s)                                                    (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Shefsky & Froelich 111 E. Wacker Dr., Fl 28 Chicago, IL 60606 | | | | | | | 2,887.60 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ 2,887.60

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $ 3,095,183.11

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

### United States Bankruptcy Court
### Northern District of Illinois

IN RE:                                                    Case No. <u>10-22668</u>

<u>Olde Prairie Block Owner, LLC</u>                         Chapter <u>11</u>
Debtor(s)

## AMENDED VERIFICATION OF CREDITOR MATRIX

Number of Creditors _____ <b>14</b>

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: <u>May 25, 2010</u> _____            <u>/s/ Karl S. Norberg</u> _____
                                          Debtor


_____
Joint Debtor

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only